**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6314**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICIA BECKFORD, a/k/a Trish, a/k/a Pat,
a/k/a Annette,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Rebecca B. Smith, District
Judge. (CR-91-69)

———————

Submitted: July 22, 1998        Decided: August 6, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patricia Beckford, Appellant Pro Se. Harvey Lee Bryant, III,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia Beckford appeals the district court's order denying her "Request to Set Restitution Payment Schedule." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Beckford, No. CR-91-69 (E.D. Va. Jan. 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED